ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

HERMAN SANDERS
a.k.a. "Pooh" (01)
DEMARCUS DAVIS
a.k.a. "Zigg" (02)
TERRODERICK WATTS
a.k.a. "Silk" (03)
BRUCE TRENSHEL DAVIS
a.k.a. "Wheatie" (04)
BRANDON RAY AUSTIN
a.k.a. "Pep" (05)

4-17CR264-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 13 2017
CLERK, U.S. DISTRICT COURT
By ________
Deputy

INDICTMENT

The Grand Jury charges that:

**Introduction**

At all times material to this indictment:

1. The defendants, **Herman Sanders (also known as "Pooh"), Demarcus Davis (also known as "Zigg"), Terroderick Watts (also known as "Silk"), Bruce Trenshel Davis, (also known as "Wheatie")**, and **Brandon Ray Austin (also known as "Pep")** were or connected to violent pimps who recruited, controlled, and profited off of underage girls and adult victims through commercial sex acts.

2. The defendants recruited and advertised underage girls and adult victims for commercial sex acts. The defendants communicated with potential clients, collected proceeds, and paid for motels rooms and supplies.

3. The defendants shared responsibility and control of certain underage victims between themselves.

4. On occasion, this sharing turned into violent competition, resulting in gunfire on at least one occasion.

5. The defendants kept almost all, if not all, of the proceeds of the commercial sex acts, providing only food, shelter, and occasional clothing to the underage victims.

<u>Count One</u>
Conspiracy to Commit Sex Trafficking
[Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a)(1) and (a)(2)]

7. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

8. Beginning in or about February 2016 and continuing through in or about October 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendants, **Herman Sanders (also known as "Pooh"), Demarcus Davis (also known as "Zigg"), Terroderick Watts (also known as "Silk"), Bruce Trenshel Davis, (also known as "Wheatie"),** and **Brandon Ray Austin (also known as "Pep")** along with others known and unknown to the grand jury, conspired and agreed with each other to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain or maintain by any means, and benefit financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained the following individuals, as well as others, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Adult Victim 1, Adult Victim 2, knowing an in reckless disregard of the fact that force, threats of force, fraud and coercion, and any combination of such means would be used to cause Jane Doe 1, Jane Doe 2, and Adult Victim 1 to engage in commercial sex acts, and knowing or in reckless disregard of the fact that Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and/or Jane Doe 5 had not attained the age of 18 years, and having had a reasonable opportunity to observe Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and/or Jane Doe 5 and that

they would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1) and (a)(2).

All in violation of 18 U.S.C. § 1594(c).

<u>Count Two</u>
Sex Trafficking of Children
[18 U.S.C. § 1591(a)(1) and (b)(2)]

9. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

10. Beginning in or about December 2016 and continuing through in or about January 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Herman Sanders (also known as "Pooh"),** knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means, Jane Doe 4, who had not attained the age of 18 years, and having had a reasonable opportunity to observe Jane Doe 4, and knowing and in reckless disregard of the fact that Jane Doe 4 had not attained the age of 18 years and that Jane Doe 4 would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § § 1591(a)(1) and (b)(2).

<u>Count Three</u>
Sex Trafficking of Children
[18 U.S.C. § 1591(a)(1) and (b)(2)]

11. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

12. Beginning in or about February 2016 and continuing through in or about September 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Demarcus Davis (also known as "Zigg"),** knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means, Jane Doe 1, who had not attained the age of 18 years, and having had a reasonable opportunity to observe Jane Doe 1, and knowing and in reckless disregard of the fact that Jane Doe 1 had not attained the age of 18 years and that Jane Doe 1 would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § § 1591(a)(1) and (b)(2).

Count Four
Sex Trafficking of Children
[18 U.S.C. § 1591(a)(1) and (b)(2)]

13. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

14. In or about March 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Terroderick Watts (also known as "Silk")**, knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means, Jane Doe 1, who had not attained the age of 18 years, and having had a reasonable opportunity to observe Jane Doe 1, and knowing and in reckless disregard of the fact that Jane Doe 1 had not attained the age of 18 years and that Jane Doe 1 would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § § 1591(a)(1) and (b)(2).

<u>Count Five</u>
Attempting to Obstruct or Interfere with Enforcement of 18 U.S.C. § 1591
[18 U.S.C. § 1591(d)]

15. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

16. On or about July 25, 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Bruce Trenshel Davis (also known as "Wheatie"),** attempted to obstruct, interfere,, or prevent the enforcement of 18 U.S.C. § 1591.

All in violation of 18 U.S.C. § 1591(d).

<u>Count Six</u>
Attempting to Obstruct or Interfere with Enforcement of 18 U.S.C. § 1591
[18 U.S.C. § 1591(d)]

17. The allegations contained in paragraphs 1 through 6 are realleged and fully incorporated herein.

18. Between on or about October 18, 2017, and on or about October 19, 2017, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Brandon Ray Austin (also known as "Pep"),** attempted to obstruct, interfere,, or prevent the enforcement of 18 U.S.C. § 1591.

All in violation of 18 U.S.C. § 1591(d).

**Forfeiture Allegation**
(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One through Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses alleged in Counts One through Nine of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendants **Herman Sanders (also known as "Pooh"), Demarcus Davis (also known as "Zigg"), Terroderick Watts (also known as "Silk"), Bruce Trenshel Davis, (also known as "Wheatie"),** and **Brandon Ray Austin (also known as "Pep")** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or facilitate the commission of any such violation, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of any such violation.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8680
Facsimile: 214-659-8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

HERMAN SANDERS
a.k.a. "Pooh" (01)
DEMARCUS DAVIS
a.k.a. "Zigg" (02)
TERRODERICK WATTS
a.k.a. "Silk" (03)
BRUCE TRENSHEL DAVIS
a.k.a. "Wheatie" (04)
BRANDON RAY AUSTIN
a.k.a. "Pep" (05)

INDICTMENT

18 U.S.C. § 1594(c)
(18 U.S.C. 1591(a)(1) and (a)(2))
Conspiracy to Engage in Sex Trafficking
1 Count

18 U.S.C. § 1591(a) and (b)(2)
Sex Trafficking of Children
3 Counts

18 U.S.C. § 1591(d)
Attempting to Obstruct or Interfere with Enforcement of 18 U.S.C. § 1591
2 Counts

18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c)
FORFEITURE

A true bill rendered

FORT WORTH FOREPERSON

Filed in open court this 13th day of December, 2017.

**Defendants (01), (02), (03) in Federal Custody since October 16, 2017; Defendant (04) in Federal Custody since October 24, 2017; Defendant (05) in Federal Custody since November 10, 2017.**

UNITED STATES MAGISTRATE JUDGE

Magistrate Court Number: 4:17-MJ-789-BJ (01-02)

Magistrate Court Number: 4:17-MJ-822-BJ (03-04)